■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR J. SELKIN, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Westchester County (West, J.), imposed November 23, 1990.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Kooper, Lawrence, Balletta and Ritter, JJ., concur.